JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL ROLON, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 THROUGH 10, inclusive,<br><br>       Defendant. | Case No. 5:22-cv-00346-SSS-KKx<br><br>**ORDER GRANTING ENTRY OF JUDGMENT AGAINST DEFENDANT TARGET COPORATION PURSUANT TO PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S FRCP 68 OFFER** |

**PURSUANT TO THE FRCP RULE 68 OFFER AND ACCEPTANCE,** Judgment is entered against Defendant Target Corporation in the amount of $45,000.00 plus an amount of reasonable attorney fees and costs to be determined by an agreement between the parties, or if no agreement is reached, a noticed motion by Plaintiff to be heard on November 3, 2023, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: August 24, 2023          By: _____
                                    Irene Vazquez, Deputy Clerk